1

2

3

4

5             UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
6                    AT TACOMA

7   CHARLES S LONGSHORE,

8                   Plaintiff,              CASE NO. C12-5457 BHS-JRC

9         v.                                ORDER TO FILE AN AMENDED
                                            COMPLAINT
10  MASON COUNTY JAIL,

11                  Defendant.

12        The District Court has re-referred this action to United States Magistrate Judge, J.

13  Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B),

14  and local Magistrate Judge Rules MJR3 and MJR4.

15        The Court has denied class certification (ECF No. 12). Plaintiff will need to file an

16  amended complaint that is specific to him. Plaintiff's amended complaint will act as a complete

17  substitute for the original and not as a supplement. Plaintiff's amended complaint will be due on

18  or before **August 31, 2012**. Plaintiff's failure to comply with this order will result in the Court

19  issuing a Report and Recommendation that this action be dismissed for failure to prosecute and

20  failure to comply with a court order.

21        Dated this 25th day of July, 2012.

22

23        _____
          J. Richard Creatura
24        United States Magistrate Judge

ORDER TO FILE AN AMENDED COMPLAINT -
1