UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S LONGSHORE,

        Plaintiff,

  v.

MASON COUNTY JAIL,

        Defendant.

CASE NO. C12-5457 BHS-JRC

ORDER TO FILE AN AMENDED COMPLAINT

    The District Court has re-referred this action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

    The Court has denied class certification (ECF No. 12). Plaintiff will need to file an amended complaint that is specific to him. Plaintiff's amended complaint will act as a complete substitute for the original and not as a supplement. Plaintiff's amended complaint will be due on or before **August 31, 2012**. Plaintiff's failure to comply with this order will result in the Court issuing a Report and Recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

    Dated this 25th day of July, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE AN AMENDED COMPLAINT - 1