# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

MASON COUNTY JAIL,

    Defendant.

CASE NO. C12-5457 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion for a preliminary injunction is **DENIED**.

Dated this 6th day September, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER