UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S LONGSHORE,

    Plaintiff,

v.

MASON COUNTY JAIL,

    Defendant.

CASE NO. C12-5457 BHS-JRC

ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

Plaintiff asks the Court to amend the scheduling order (ECF No. 69). Plaintiff provides the Court with the deadlines he wants for discovery cutoff, dispositive motions, and the filing of a joint status report (ECF No. 69).

1   Plaintiff fails to provide the Court with any reason or justification for his request (ECF
2   No. 69). Thus, plaintiff has not shown good cause for amending the scheduling order." A
3   schedule may only be modified for good cause and with the judge's consent." *See*, Fed. R. Civ.
4   P. 16(b)(4). The Court denies plaintiff's motion without prejudice. The term "without prejudice"
5   means that if plaintiff believes he can show good cause for modifying the scheduling order he
6   may re-submit this motion.

   Dated this 13th day June, 2013.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO
AMEND THE SCHEDULING ORDER - 2