UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

MASON COUNTY JAIL, et al.,

    Defendants.

CASE NO. C12-5457 BHS-JRC

ORDER DENYING PLAINTIFF'S MOTION

This matter comes before the Court on Plaintiff's motion for order to show cause (Dkt. 74).

On June 17, 2013, the Court entered a stipulated dismissal because the parties had entered into a settlement agreement. Dkt. 72. On November 25, 2013, Plaintiff filed a motion for an order to show cause arguing that Defendants have violated the settlement agreement. Dkt. 74. The Court did not retain jurisdiction over the settlement agreement, and a claim for violation of the agreement is a state law breach of contract cause of action. Therefore, the Court **DENIES** Plaintiff's motion because it does not have jurisdiction over an alleged breach of the agreement.

ORDER - 1

1 **IT IS SO ORDERED.**

2 Dated this 2nd day of December, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge